# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD C. BREINER, *et al.*, | |
| Plaintiffs, | Case No. 2:05-CV-01412-KJD-RJJ |
| v. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Presently before the Court is Plaintiffs' Motion to Strike Defendants' Successive Motion for Summary Judgment (#90). Having read and considered Plaintiffs' motion, it is denied.

On August 9, 2010, the Order on Mandate (#79) of the Court issued, reopening this action after the Court's entry of judgment had been reversed and remanded by the Ninth Circuit Court of Appeals. On September 23, 2010, Defendants filed a Motion for Leave to File Successive Summary Judgment Motion (#86). Given the age of the case and seeking to move the case to a resolution, the Court improvidently granted Defendants' motion on October 1, 2010 before Plaintiffs' time to file a response in opposition had run.

On October 4, 2010, Defendants filed the Motion for Partial Summary Judgment (#88). On October 11, 2010, Plaintiffs filed the present motion to strike and a Motion for Reconsideration

(#89). Plaintiffs make the histrionic assertion that they were informed that the Court has a policy to grant motions for leave without waiting for a response, essentially having a policy of violating parties' due process rights.

The Court declines to strike the successive motion for summary judgment until resolution of the motion for reconsideration. If the Court denies the motion for reconsideration, needless confusion from repetitive docket entries will occur. However, the Court will stay briefing on the motion for summary judgment until the motion for reconsideration is resolved. If the Court grants the motion, the Court will simultaneously order that the motion for summary judgment be stricken. If the motion is denied, the Court will set a briefing schedule on the motion for summary judgment.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Defendants' Successive Motion for Summary Judgment (#90) is **DENIED**;

**IT IS FURTHER ORDERED** that briefing on Defendants' Motion for Partial Summary Judgment (#88) is **STAYED**.

DATED this 20TH day of October 2010.

_____
Kent J. Dawson
United States District Judge