**MARCIN LAMBIRTH, LLP**
**JOHN B. MARCIN** (Nevada Bar No. 7078)
3960 Howard Hughes Parkway, 5th Floor
Las Vegas, Nevada 89169
Telephone: (702) 893-2060
Telefax:    (702) 921-0100

Attorneys for Plaintiffs Edward C. Breiner,
Loren G. Chapulin, Jimmie McNeal, and Randy Stout

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD C. BREINER, an individual, LOREN G. CHAPULIN, an individual, JIMMIE MCNEAL, an individual, and RANDY STOUT, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, STATE OF NEVADA, GLEN WHORTON, JACKIE CRAWFORD, and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. 2:05-cv-01412-KJD-RJJ |

**APPLICATION FOR ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE SETTLEMENT/DISMISSAL DOCUMENTS**

Plaintiffs, EDWARD C. BREINER, LOREN G. CHAPULIN, JIMMIE McNEAL, AND RANDY STOUT, by and through their attorneys, Marcin Lambirth, LLP, submit this application for an Order to Extend the Deadline to file Settlement/Dismissal Documents based on the following:

1.   On October 20, 2010, a settlement conference was held before Magistrate Robert J. Johnston. The matter settled at this conference and the settlement was placed on the record.

2. The court ordered that the settlement/dismissal documents are due on December 20, 2010 (92).

3. On November 18, 2010, counsel for Plaintiffs received the Settlement Agreement and Release from the Attorney General.

4. On December 14, 2010, Plaintiff's counsel's office submitted the original Settlement Agreement and Release, signed by Plaintiffs and Plaintiffs' counsel to the Attorney General via overnight delivery.

5. On December 17, 2010, Plaintiffs' counsel's staff contacted the Roger Madsen, Esq. several times, and left messages for him and his staff regarding the status of the Settlement Agreement and Release signed by Defendant and Defendant's attorney, and the issuance of the settlement check. To date, we have not received a return call with an updated status. Respectfully, it would be unfair for the court to dismiss this matter without the Defendant having to uphold their end of the Settlement. Plaintiffs respectfully request that the court order a 30 day continuance for the Defendants to finalize the settlement, or in the alternative, set an Order to Show Cause Hearing Re: Defendants Failure to Execute Settlement Agreement and provide Settlement Check.

Dated this 20th day of December, 2010.

MARCIN LAMBIRTH, LLP

/s/

By:_____
JOHN B. MARCIN, Esq.
Nevada Bar No. 7078
MARCIN LAMBIRTH, LLP
3960 Howard Hughes Parkway, 5th Floor,
Las Vegas, NV 89169
Arneys for Plaintiffs Edward C Breiner, Loren G. Chapulin, Jimmie McNeal, and Randy Stout

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 27, 2010