1 | CATHERINE CORTEZ MASTO
Attorney General
2 | Nevada State Bar No. 3926
ROGER R. MADSEN
3 | Deputy Attorney General
Nevada State Bar No. 7075
4 | STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
5 | 555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
6 | Telephone: (702) 486-3420
Facsimile: (702) 486-3773
7 | E-mail: rmadsen@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD C. BREINER, *et al.*, | CASE NO. 2:05-CV-1412-KJD-(RJJ) |
| Plaintiffs, | |
| vs. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiffs, EDWARD C. BREINER, LOREN G. CHAPULIN, JIMMIE MCNEAL, and RANDY STOUT, by and through their counsel, JOHN B. MARCIN, ESQ., of MARCIN LAMBIRTH, LLP, and Defendants, NEVADA DEPARTMENT OF CORRECTIONS, STATE OF NEVADA, GLEN WHORTON, and JACKIE CRAWFORD, by and through their counsel, CATHERINE CORTEZ MASTO, Attorney General, and ROGER R. MADSEN, Deputy Attorney General, of the

1

STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, hereby agree as follows:[1]

    1. The above-entitled action shall be dismissed *with* prejudice; and

    2. The parties shall bear their own attorney fees and costs.

**IT IS SO STIPULATED** this 11th day of January, 2011.

| MARCIN LAMBIRTH, LLP | CATHERINE CORTEZ MASTO |
|---|---|
| | Attorney General |
| By: /s/ John B. Marcin | By: /s/ Roger R. Madsen |
|     JOHN B. MARCIN, ESQ. |     ROGER R. MADSEN |
|     Nevada State Bar No. 7078 |     Deputy Attorney General |
|     3960 Howard Hughes Parkway, 5th Floor |     Nevada State Bar No. 7075 |
|     Las Vegas, Nevada 89169 |     STATE OF NEVADA |
|     *Attorney for Plaintiffs* |     OFFICE OF THE ATTORNEY GENERAL |
| |     555 East Washington Avenue, Suite 3900 |
| |     Las Vegas, Nevada 89101 |
| |     *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/13/11

---

[1] In accordance with section V(D) of the Electronic Filing Procedures of the United States District Court for the District of Nevada (revised August 24, 2006), Defendants have obtained the consent of Plaintiffs to apply electronic signatures. In addition, the original signed document will be maintained by Defendants.